*Edward Nero, et al. v. Marilyn Mosby*
**United States Court of Appeals for the Fourth Circuit**
**No. 17-1166 (L)**
_____

**Exhibits to Motion for Stay Pending Appeal**

| Exhibit | Description |
|---|---|
| 1 | Corrected Memorandum and Order Re: Dismissal Motions |
| 2 | Amended Complaint in *Nero, et al. v. Mosby, et al.*, Civil No. 1:16-cv-01288-MJG |
| 3 | Amended Complaint in *Rice v. Mosby, et al.*, Civil No. 1:16-cv-01304-MJG |
| 4 | Amended Complaint in *White, et al. v. Mosby, et al.*, Civil No. 1:16-cv-02663-MJG |
| 5 | Motion to Stay and Memorandum in Support thereof in *Nero, et al. v. Mosby, et al.*, Civil No. 1:16-cv-01288-MJG |
| 6 | Motion to Stay and Memorandum in Support thereof in *Rice v. Mosby, et al.*, Civil No. 1:16-cv-01304-MJG |
| 7 | Motion to Stay and Memorandum in Support thereof in *White, et al. v. Mosby, et al.*, Civil No. 1:16-cv-02663-MJG |
| 8 | Memorandum and Order Re: Stay Pending Appeal |
| 9 | Discovery Plan and Order approving same |
| 10 | Records of the District Court of Maryland for Baltimore City in *State v. Miller*<br>- Application for Statement of Charges<br>- Statement of Charges<br>- Arrest Warrant on Charging Document<br>- Defendant Trial Summary |

Exhibits to Motion for Stay Pending Appeal
*Nero, et al. v. Mosby*
No. 17-1166 (L)
Page 2

| | |
|---|---|
| 11 | Records of the District Court of Maryland for Baltimore City in *State v. Nero*<br>- Application for Statement of Charges<br>- Statement of Charges<br>- Arrest Warrant on Charging Document<br>- Defendant Trial Summary |
| 12 | Records of the District Court of Maryland for Baltimore City in *State v. Porter*<br>- Application for Statement of Charges<br>- Statement of Charges<br>- Arrest Warrant on Charging Document<br>- Defendant Trial Summary |
| 13 | Records of the District Court of Maryland for Baltimore City in *State v. Rice*<br>- Application for Statement of Charges<br>- Statement of Charges<br>- Arrest Warrant on Charging Document<br>- Defendant Trial Summary |
| 14 | Records of the District Court of Maryland for Baltimore City in *State v. White*<br>- Application for Statement of Charges<br>- Statement of Charges<br>- Arrest Warrant on Charging Document<br>- Defendant Trial Summary |
| 15 | Records of the Circuit Court for Baltimore City in *State v. Miller*<br>- Indictment<br>- Excerpt from circuit court docket |
| 16 | Records of the Circuit Court for Baltimore City in *State v. Nero*<br>- Indictment<br>- Excerpt from circuit court docket<br>- Transcript of 5/23/16 verdict |

Exhibits to Motion for Stay Pending Appeal
*Nero, et al. v. Mosby*
No. 17-1166 (L)
Page 3

| | |
|---|---|
| 17 | Records of the Circuit Court for Baltimore City in *State v. Porter*<br>- Indictment<br>- Excerpt from circuit court docket |
| 18 | Records of the Circuit Court for Baltimore City in *State v. Rice*<br>- Indictment<br>- Excerpt from circuit court docket<br>- Transcript of 7/18/16 verdict |
| 19 | Records of the Circuit Court for Baltimore City in *State v. White*<br>- Indictment<br>- Excerpt from circuit court docket |
| 20 | Transcript of May 1, 2015 press conference[1] |

---

[1] The transcript was provided to the parties on August 8, 2016, by the district court, which substantially cites to it in Ex. 1.