IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD MICHAEL NERO, et al.    *

       Plaintiffs    *

       vs.    * CIVIL ACTION NO. MJG-16-1288

MARILYN MOSBY, et al.    *

       Defendants    *

\*    \*    \*    \*    \*    \*    \*    \*    \*

BRIAN SCOTT RICE    *

       Plaintiffs    *

       vs.    * CIVIL ACTION NO. MJG-16-1304

MARILYN MOSBY, et al.    *

       Defendants    *

\*    \*    \*    \*    \*    \*    \*    \*    \*

ALICIA WHITE, et al.    *

       Plaintiffs    *

       vs.    * CIVIL ACTION NO. MJG-16-2663

MARILYN MOSBY, et al.    *

       Defendants    *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## PROCEDURAL ORDER

In each of these cases, Defendants Mosby and Cogen have filed motions seeking dismissal or, in the alternative, for summary judgment. This Order is issued (1) denying all motions

for summary judgment as premature and (2) coordinating these cases so that a consolidated hearing on dismissal motions can be held, in all cases, at a mutually convenient time (other than Columbus Day) during the week of October 10.

Accordingly:

1. In <u>MJG-16-1288</u>:

    a. Defendant Samuel Cogen's Motion To Dismiss Or For Summary Judgment [ECF No. 12] is DENIED without prejudice with regard to summary judgment and remains pending as to dismissal.

    b. Plaintiffs' Motion to Deny Or Defer Entry of Dismissal Or Entry of Summary Judgment to Permit Plaintiffs to Conduct Discovery Pursuant to Fed. R. Civ. P. 12(d) and 56(d) [ECF No. 22] is DENIED AS MOOT.

    c. Defendant Mosby's Motion to Dismiss or, In The Alternative, Motion for Summary Judgment [ECF No. 25] is DENIED without prejudice with regard to summary judgment and remains pending as to dismissal.

2. In <u>MJG-16-1304</u>:

    a. Defendant Samuel Cogen's Motion To Dismiss Or For Summary Judgment [ECF No. 8] is DENIED without prejudice with regard to summary judgment and remains pending as to dismissal.

    b. Plaintiff's Motion to Deny Or Defer Entry of Dismissal Or Entry of Summary Judgment to Permit Plaintiffs to Conduct Discovery Pursuant to Fed. R. Civ. P. 12(d) and 56(d) [ECF No. 18] is DENIED AS MOOT.

    c. Plaintiff's [Second] Motion to Deny Or Defer Entry of Dismissal Or Entry of Summary Judgment to Permit Plaintiffs to Conduct Discovery Pursuant to Fed. R. Civ. P. 12(d) and 56(d) [ECF No. 24] is DENIED AS MOOT.

      d. Defendant Mosby's Motion to Dismiss or, In The Alternative, Motion for Summary Judgment [ECF No. 25] is DENIED without prejudice with regard to summary judgment and remains pending as to dismissal.

3. <u>In MJG-16-2663</u>:

      a. Defendant Samuel Cogen's Motion To Dismiss Or For Summary Judgment [ECF No. 11] is DENIED without prejudice with regard to summary judgment and remains pending as to dismissal.

      b. Plaintiffs' Motion to Deny Or Defer Entry of Dismissal Or Entry of Summary Judgment to Permit Plaintiffs to Conduct Discovery Pursuant to Fed. R. Civ. P. 12(d) and 56(d) [ECF No. 19] is DENIED AS MOOT.

      c. Defendant Mosby's Motion to Dismiss or, In The Alternative, Motion for Summary Judgment [ECF No. 22] is DENIED without prejudice with regard to summary judgment and remains pending as to dismissal.

      d. If Plaintiffs wish to file a Second Amended Complaint.[1]

          i. They may do so if it is filed by September 1.

          ii. The aforesaid dismissal motions are deemed to apply to any Second Amended Complaint.

          iii. Defendants may file any supplementation to their dismissal motions by September 8.

          iv. Plaintiffs shall respond to the pending dismissal motion (including any supplementation) by September 12.

4. In all cases:

      a. All responses to dismissal motions shall be filed by September 12.[2]

      b. All replies shall be filed by September 26.

---

[1] The docket indicates that Plaintiffs may be seeking to file a Second Amended Complaint but have not yet filed a motion seeking leave to do so.

[2] All dates referred to herein are in the year 2016.

    c. Counsel promptly shall coordinate and advise Chambers of mutually convenient times (except Columbus Day) during the week of October 10 for a motions hearing.

SO ORDERED, this Friday, August 26, 2016.

                                               /s/_____
                                          Marvin J. Garbis
                                United States District Judge